IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


LISA MURPHY

PLAINTIFF


v.                    Civil No. 6:15-cv-06001-RTD-MEF

SHERIFF CHAD LEDBETTER, *et. al.*
.                                                       DEFENDANT


**ORDER**

Plaintiff, Lisa Murphy, submitted this *pro se* action for filing on January 6, 2015.  (Doc.

1)   Currently before the Court is Plaintiff's Motion to Stay her case pending completion of an

Appeal to the Eighth Circuit on a prior case (6:11-cv-06091-SOH).  (Doc. 12)

Plaintiff's Motion to Stay is GRANTED.  The Clerk is DIRECTED to administratively

terminate this case.

In the event Plaintiff wishes to reopen this case, she will need to file a Motion to Reopen

at that time.

**IT IS SO ORDERED this 29th day of July 2015.**


/s/   Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE