IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LISA MURPHY                                                                                               PLAINTIFF

v.                                    No. 6:15-CV-06001

SHERIFF CHAD LEDBETTER;
OFFICER AMY MARTIN; OFFICER
BRYAN OREL; JAIL ADMINISTRATOR
GEORGE WRITE; and JOSH LING                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 1st day of July, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE